UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>United States District Judge<br>Sacramento, California | RE: **Michael Orji-Nwosu**<br>    **Docket Number:  2:16CR00226-01**<br>    **PERMISSION TO TRAVEL**<br>    **OUTSIDE THE COUNTRY** |

Your Honor:

Michael Orji-Nwosu is requesting permission to travel to Nigeria.  He is current with all supervision obligations, and the probation officer recommends approval be granted.  Mr. Orji-Nwosu has paid his $100 special assessment, and has already paid $4,364 toward his $7,000 restitution, leaving a balance of $2,636.  Our district has received a Transfer of Jurisdiction which is awaiting your signature.

**Conviction and Sentencing Date:**   On February 26, 2007, Michael Orji-Nwosu was sentenced in the Southern District of Texas for the offense of 21 USC 841(a)(1) and (b)(1)(A)(ii) – Possession With Intent to Distribute 5 Kilograms of a Mixture and Substance Containing a Detectable Amount of Cocaine.

**Sentence Imposed:**   168 months custody; 60 months supervised release; $100 special assessment; and $7,000 restitution.

**Dates and Mode of Travel:**  The offender plans to leave the United States on December 14, 2016, returning on January 5, 2017.  He will be traveling with his wife, children, and mother-in-law.

**Purpose:** Spending the holidays with extended family.

RE:     Michael Orji-Nwosu
        Docket Number:  2:16CR00226-01
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                        Respectfully submitted,

                        */s/ Wendy E. Reyes*

                        Wendy E. Reyes
                        United States Probation Officer


Dated:   December 2, 2016
         Elk Grove, California
         WER/sda

                        */s/ Brenda Barron-Harrell*
**REVIEWED BY:**        **Brenda Barron-Harrell**
                        **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved          ☐     Disapproved

Dated:  December 7, 2016

                        _____
                        MORRISON C. ENGLAND, JR
                        UNITED STATES DISTRICT JUDGE