UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ORJI-NWOSU,<br><br>Defendant. | No. 2:16-CR-00226-MCE<br><br><br><br>**ORDER** |

The Court is in receipt of Defendant's Motion for Early Termination of Supervised Release (ECF No. 4). Having reviewed the record in its entirety, including the recommendation of the Probation Officer, and there being no opposition, that Motion is hereby GRANTED, and Defendants' term of supervised release is TERMINATED.

IT IS SO ORDERED.

Dated: April 16, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE